UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

CHAMBERS OF
I. LEO GLASSER
SENIOR JUDGE

October 14, 2010

Jason E. Halper
Lowenstein Sandler
65 Livingston Avenue
Roseland, NJ 07068

      Re:    Dollar Phone Corp., et al. v. Dun & Bradstreet Corp., et al.
           09 CV 3645 (ILG) (SMG)

Dear Mr. Halper:

    Your request to file a "short reply" to Dollar's response is denied.  That request, if granted, will most surely be followed by a request from Dollar to file a "short sur-reply." I will set the matter down for oral argument on a day in the near future of which you will be notified and each of you will have ample opportunity then to apprise me of the other's deficiencies.

                Yours sincerely,

                S/ILG

                I. Leo Glasser

cc:    Chief Magistrate Judge Gold
       Peretz Bronstein