# BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697–6484
Fax (212) 697–7296

Peretz Bronstein
Edward N. Gewirtz *◊
Neil D. Grossman *
Noson Kopel
\*  Also admitted in New Jersey
◊ Registered Patent Attorney

December 7, 2010

**Via ECF**

Hon. I. Leo Glasser, U.S.D.J.
United States Court House
225 Cadman Plaza East, Chambers Room #921 South
Brooklyn, NY 11201

   Re: Dollar Phone Corp. v. Dunn & Bradstreet Corp., 09-3645 (ILG) (SMG)

Dear Judge Glasser:

This firm is counsel to plaintiffs (collectively "Dollar Phone") in the above-referenced action. We write to respectfully request that the Court schedule oral arguments regarding Defendants' Motion to Dismiss (Dkt. #14) and Dollar Phone's Motion to Amend (Dkt. #21). On October 14, 2010, Your Honor noted that this matter will be set down for "oral argument on a day in the near future." Dkt. #31. However, oral argument has not been scheduled yet. Defendants' Motion to Dismiss was filed on December 23, 2009 (Dkt. #14), and was fully briefed on February 24, 2010 (Dkt. #22). On September 2, 2010, the Magistrate Judge filed his Report and Recommendations (Dkt. #25) regarding Defendants' Motion to Dismiss (Dkt. #14) and Dollar's Phone Motion to Amend (Dkt. #21). Both sides filed objections to the Report, and the objections were fully briefed on October 7, 2010 (Dkt. 28 and 29). Thank you for your attention to this important matter.

          Respectfully yours,
          /s/  Peretz Bronstein
          Peretz Bronstein (PB-8628)

cc: Jason Halper, Esq.