### *BRONSTEIN, GEWIRTZ & GROSSMAN, LLC*
60 East 42nd Street, Suite 4600
New York, NY  10165
(212) 697–6484
Fax (212) 697–7296

Peretz Bronstein
Edward N. Gewirtz *◊
Neil D. Grossman *
Noson Kopel
\* Also admitted in New Jersey
◊ Registered Patent Attorney

December 20, 2010

**<u>Via ECF</u>**

Hon. Steven M. Gold, U.S.M.J.
United States Court House
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  <u>Dollar Phone Corp. v. Dunn & Bradstreet Corp., 09-3645 (ILG) (SMG)</u>

Dear Judge Gold:

This firm is counsel to plaintiffs (collectively "Dollar Phone") in the above-referenced action.  In light of Judge Glasser's Order issued today (Dkt. No. 33) (copy attached) adopting Your Honor's Report and Recommendation, Your Honor is requested to conduct a discovery conference as soon as possible.  The case has been pending well over a year.

Thank you for your attention to the foreoing.

Respectfully yours,
/s/
Peretz Bronstein

cc: Jason Halper, Esq.