UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------x
DOLLAR PHONE CORP. and GLOBAL
SWITCHING, INC., individually and and
on behalf of all those similarly situated,

                Plaintiffs,

    -against-

DUN & BRADSTREET CORPORATION
and DUN & BRADSTREET, INC.,

                Defendants.
-------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ DEC 20 2010 ★
BROOKLYN OFFICE

ORDER
09 - CV - 3645

GLASSER, United States Senior District Judge

    Oral arguments having been heard on the Objections filed by both the parties to the Report and Recommendation of Magistrate Judge Gold dated September 2, 2010, for the reasons stated on the record, the Court adopts the Report and Recommendation in its entirety concluding that it is neither erroneous nor contrary to law.

                              SO ORDERED.

Dated:    Brooklyn, New York
            December 17, 2010

                              S/ILG

                              I. Leo Glasser
                              United States Senior District Judge