# BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY  10165
(212) 697–6484
Fax (212) 697–7296

Peretz Bronstein
Edward N. Gewirtz *◊
Neil D. Grossman *
Noson Kopel
*   Also admitted in New Jersey
◊ Registered Patent Attorney

April 11, 2011

**Via ECF**

Hon. Steven M. Gold, U.S.M.J.
United States Court House
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  Dollar Phone Corp. v. Dunn & Bradstreet Corp., 09-3645 (ILG) (SMG)

Dear Judge Gold:

    This firm represents Plaintiffs in the above-referenced action.  We are writing, with consent of Defendants, to request an adjournment of the discovery conference currently scheduled for April 13, 2011 to a date after mid-May that is convenient for the court.  The following information is provided per Your Honor's rules:
1) The discovery conference is currently scheduled for April 13, 2011.
2) The parties have not previously asked for an adjournment.
3) The Defendants consent to this adjournment.
4) The reason for the request is to complete production of documents and to resolve discovery disputes between the parties before court intervention.
5) The suggested adjournment date is sometime after May 15, 2011 at the court's convenience (the holiday of Passover is in mid-April, which will delay our progress).

    Thank you for your attention to this important matter.

                          Respectfully yours,
                          /s/ Peretz Bronstein
                          Peretz Bronstein

cc: Jason Halper, Esq.