# BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY  10165
(212) 697–6484
Fax (212) 697–7296

Peretz Bronstein
Edward N. Gewirtz [*◊]
Neil D. Grossman [*]
* Also admitted in New Jersey
◊ Registered Patent Attorney

June 17, 2011

**Via ECF**

Hon. Steven M. Gold, U.S.M.J.
United States Court House
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  <u>Dollar Phone Corp. v. Dunn & Bradstreet Corp.</u>, 09-3645 (ILG) (SMG)

Dear Judge Gold:

    This firm is counsel to plaintiff in the above-captioned matter.  I write to request that the June 20, 2011 telephonic conference be rescheduled because I will be traveling overseas early next week.  I have consulted opposing counsel and both sides are available on the following dates:  June 23, 24, 29 (afternoon only), or 30 (except between 12-1pm).

    Thank you for your attention to this matter, and I apologize for any inconvenience to the Court.

    Respectfully yours,
    <u>/s/ Peretz Bronstein</u>
    Peretz Bronstein

cc: Jason Halper, Esq. via ECF